UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOAN M. CAPO,<br><br>        Defendant. | NO. CR-04-019-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Before the Court is Defendant's Motion for Early Termination of Supervised Release (Ct. Rec. 31). A hearing on this motion was held on September 15, 2010. Defendant was present and represented by John McEntire; the Government was represented by Assistant United States Attorney Earl Hicks. At the hearing, the Court granted the motion, and this order memorializes that oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Early Termination of Supervised Release (Ct. Rec. 31) is **GRANTED.**.

2. Defendant's supervised release is **terminated.**

///
///
///
///

**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  order and to provide copies to counsel and U.S. Probation.
3  **DATED** this 20th day of September, 2010.
4
5                              *s/Robert H. Whaley*
                              ROBERT H. WHALEY
6                              United States District Judge
7
8  Q:\CRIMINAL\2004\CAPO\term.ord.wpd
9

**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE** * 2